# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. NICHOLS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>S.B.S. TRUST DEED NETWORK Inc., and DOES 1 through 5, Inclusive<br><br>Defendants. | CASE NO. 2:18-CV-09111-AB<br><br>**ORDER ON STIPULATION TO DISMISS CASE BASED UPON COMPLETED SETTLEMENT**<br><br>Crtrm: 7C<br>Judge: Hon. Andre Birotte Jr.<br><br>Date Action Filed: October 23, 2018<br>Trial: None Set |

ALL PARTIES to the above captioned action having stipulated that the action shall be dismissed in its entirety with prejudice as the parties have entered into a written settlement agreement that has been fully performed by both parties, and the Court having considered the same,

IT IS HEREBY ORDERED that this action shall be dismissed with prejudice in its entirety.

Each party is to bear its own costs except as provided in the settlement agreement.

DATED: 12/27/2018

Hon. André Birotte Jr.
UNITED STATES DISTRICT JUDGE